**E-File**

April 18, 2007

Magistrate Judge Larson
Attn: Venice Thomas
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

Re: <u>John Champagne, et al v. CCSF</u>, Case No. C 06-5425 JSW



Dear Magistrate Judge Larson:

Counsels for all parties have agreed to continue the Court ordered Settlement Conference date of Friday, August 3, 2007 at 10:00 a.m. to Tuesday, August 7, 2007 at 10:00 a.m. If you have any questions regarding the contents of this letter please contact me at the office.

Thank you for your attention to this letter.


Sincerely,


Steven B. Taxman

Cc: Deputy City Attorney, Scott D. Wiener (via facsimile only)