IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN F. CHAMPAGNE,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 06-05425 JSW

**ORDER RE DISCOVERY DISPUTE**

This matter comes before the Court upon the joint letter brief submitted by the parties dated April 26, 2007, regarding a discovery dispute. The essence of this dispute is whether the Court should permit the deposition of three additional witnesses and the propounding of interrogatories to Plaintiffs under the current case management order. In its case management order on February 9, 2007, the Court approved the parties' prior stipulation regarding limited discovery prior to the settlement conference before Magistrate Judge Larson. Accordingly, the Court sustains Plaintiffs' objections to the additional discovery prior to the settlement conference. Should the case not settle before Judge Larson, the Court will address the parties' further discovery requests.

**IT IS SO ORDERED.**

Dated: April 26, 2007

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE