Steven B. Taxman (SBN 183394)
TAXMAN WAKEFORD
785 Market Street, Suite 1120
San Francisco, California 94103
Telephone: (415) 578-3510
Facsimile: (415) 294-2890

Attorneys for Plaintiffs
John F. Champagne, Jr. and Gary A. Champagne

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN F. CHAMPAGNE, JR. and GARY A. CHAMPAGNE<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, et al.<br><br>Defendants. | Case No. C-06-5425 (JSW)<br><br>~~PROPOSED~~ ORDER SUBSTITUTING FORMER COUNSEL JOSEPH K. BRAVO WITH NEW COUNSEL STEVEN B. TAXMAN AS COUNSEL OF RECORD FOR PLAINTIFFS JOHN F. CHAMPAGNE AND GARY A. CHAMPAGNE |

**ORDER SUBSTITUTING FORMER COUNSEL JOSEPH K. BRAVO WITH NEW COUNSEL STEVEN B. TAXMAN AS COUNSEL OF RECORD FOR PLAINTIFFS**

IT IS HEREBY ORDERED THAT, in light of the Notice and Stipulation of Substitution of Attorney filed with the Court on July 30, 2007, Steven B. Taxman of Taxman Wakeford, 785 Market Street, Suite 1120, San Francisco, California 94103, is substituted in place and instead of Joseph K. Bravo, Bravo & Margulies, 901 Market Street, Suite 450, San Francisco, California 94103, as attorney of record for Plaintiffs John F. Champagne and Gary A. Champagne.

Dated: August 27, 2007

_/s/ Jeffrey S. White_
Honorable Jeffrey S. White
United States District Court

---