Steven B. Taxman (SBN 183394)
TAXMAN WAKEFORD
785 Market Street, Suite 1120
San Francisco, California 94103
Telephone: (415) 578-3510
Facsimile: (415) 294-2890

Attorneys for Plaintiffs
John F. Champagne, Jr. and Gary A. Champagne

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN F. CHAMPAGNE, JR. and GARY A. CHAMPAGNE<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, et al.<br><br>Defendants. | Case No. C-06-5425 (JSW)<br><br>~~PROPOSED~~ ORDER PERMITTING PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANTS ADMINISTRATIVE MOTION TO PERMIT EARLY FILING OF MOTION FOR SUMMARY JUDGMENT |

**ORDER PERMITTING PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANTS ADMINISTRATIVE MOTION TO PERMIT EARLY FILING OF MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Opposition to Defendants Administrative Motion To Permit Early Filing Of Motion For Summary Judgment is to be filed on or before October 15, 2007 pursuant to the stipulation of counsel for all parties.

Dated: October 12, 2007

_____
Honorable Jeffrey S. White
United States District Court

---

1
~~PROPOSED~~ ORDER PERMITTING PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANTS ADMINISTRATIVE MOTION TO PERMIT EARLY FILING OF MOTION FOR SUMMARY JUDGMENT, Case No. C-06-5425 (JSW)