IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. CHAMPAGNE,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. / | No. C 06-05425 JSW<br><br>**ORDER REFERRING DISCOVERY DISPUTE AND ALL FURTHER DISCOVERY TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, the administrative motion for an order allowing the parties' discovery letter brief to exceed five pages and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: February 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom