1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN F. CHAMPAGNE and GARY A. CHAMPAGNE,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 06-05425 JSW

**ORDER RE PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE DISCOVERY ORDER**

Now before the Court are the objections filed by Plaintiffs John F. Champagne and Gary A. Champagne to Magistrate Judge Joseph C. Spero's Discovery Order dated February 25, 2008 (the "Discovery Order"). Having carefully reviewed the objections, and good cause appearing, the Court hereby DENIES Plaintiffs' objections and AFFIRMS the Discovery Order.

The District Court may modify or set aside any portion of a magistrate's ruling on non-dispositive pre-trial motions found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). A ruling is clearly erroneous if the reviewing court, after considering the evidence, is left with the "definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

After a careful review of the Discovery Order, this Court finds that the Judge Spero's ruling was not clearly erroneous or contrary to law. Therefore, this Court DENIES Plaintiffs' objections and AFFIRMS the Discovery Order dated February 25, 2008.

**IT IS SO ORDERED.**

Dated: March 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE