IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. CHAMPAGNE and GARY A. CHAMPAGNE,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | No. C 06-05425 JSW<br><br>**ORDER DENYING STIPULATED BRIEFING SCHEDULE** |

This matter is set for a hearing on April 25, 2008 on Defendants' motion for summary judgment. On March 6, 2008, this Court issued an order setting out a briefing schedule. On March 11, 2008, the parties submitted a stipulation to alter the briefing schedule. However, the stipulation failed to demonstrate good cause for the requested modification. Therefore, the request is DENIED without prejudice to a showing of good cause. The opposition to the motion shall be filed by no later than March 21, 2008 and a reply brief shall be filed by no later than March 28, 2008.

**IT IS SO ORDERED.**

Dated: March 12, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE