IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN F. CHAMPAGNE and GARY A. CHAMPAGNE,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 06-05425 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the motion for attorneys' fees filed by Defendants City and County of San Francisco and Priscilla S. Gates is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The July 11, 2008 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: May 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom