**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. CHAMPAGNE and GARY A. CHAMPAGNE,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants._____/ | No. C 06-05425 JSW<br><br>**ORDER REFERRING PLAINTIFFS' MOTION FOR SANCTIONS TO MAGISTRATE JUDGE LAPORTE** |

Pursuant to Local Rule 72-1, the motion for sanctions filed by Plaintiffs John F. Champagne, Jr. and Gary A. Champagne is HEREBY REFERRED to Magistrate Judge Elizabeth D. LaPorte to prepare a report and recommendation. The hearing date of September 5, 2008 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: July 17, 2008

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom