IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. CHAMPAGNE JR., | No. C-06-05425 JSW (EDL) |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SANCTIONS AND SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SANCTIONS** |
| v. | |
| SF CITY & COUNTY, | |
| Defendant. | |

On July 1, 2008, the Court continued the hearing on Defendants' motion for sanctions at Defendants' request, and rescheduled the motion for August 5, 2008. On July 17, 2008, Plaintiffs filed a motion for sanctions that is related to Defendants' motion. Because these matters are related, the hearings will be consolidated. Accordingly, the hearing on Defendants' motion for sanctions is continued to August 19, 2008 at 9:30 a.m. The briefing schedule on Plaintiffs' motion is shortened and the motion will also be heard on August 19, 2008 at 9:30 a.m. An opposition to Plaintiffs' motion for sanctions shall be filed no later than July 29, 2008, and a reply may be filed no later than August 5, 2008.

**IT IS SO ORDERED.**

Dated: July 21, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge