IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN F. CHAMPAGNE and GARY A. CHAMPAGNE,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
                          /

No. C 06-05425 JSW

**ORDER RE PLAINTIFFS' OBJECTIONS TO THE REPORT AND RECOMMENDATION**

On September 19, 2008, the Court adopted in part and denied in part Magistrate Judge Elizabeth D. LaPorte's report and recommendation re: denying Defendants' motion for attorneys' fees for underlying case, denying Plaintiffs' cross-motion for sanctions, and permitting Defendants to file a Rule 11 motion (the "Report"). Due to Plaintiffs' failure to submit a chambers copy of their objections to the Report, the Court did not consider their objections. However, upon review of Plaintiffs' submission, the Court affirms that it ADOPTS the recommendation and DENIES Plaintiff's cross-motion for sanctions. The Court also affirms that it REJECTS the recommendation that the Court permit Defendants an opportunity to file a motion seeking sanctions under Rule 11.

The remainder of the Order dated September 19, 2008 pertaining to Defendants' motion for attorneys' fees remains in force and the parties shall file their briefs, with the submission of chambers copies, as ordered in the Court's previous order.

**IT IS SO ORDERED.**

Dated: September 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2