UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

October 3, 2008

**CASE INFORMATION:**
Short Case Title: <u>JOHN F. CHAMPAGNE JR.</u>-v- <u>SF CITY & COUNTY</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern. Civil, Judge Jeffrey S. White
Criminal and/or Civil Case No.: <u>CV 06-05425 JSW</u>
Date Complaint/Indictment/Petition Filed: 9/1/06
Date Appealed order/judgment *entered* 9/22/08
Date NOA *filed* 10/2/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)      ☐ denied in full (send record)
                           ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:  10/2/08              Date Docket Fee Billed:
Date FP granted:                            Date FP denied:
Is FP pending? ☐ yes  ☒ no                                Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☒ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:

       See Docket Sheet


☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Hilary D. Jackson</u>