

FILED

NOV 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN F. CHAMPAGNE, Jr., <br><br>           Plaintiff - Appellant, <br><br> and <br><br> GARY A. CHAMPAGNE, <br><br>           Plaintiff, <br><br>    v. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO; et al., <br><br>           Defendants - Appellees. | No. 08-16368 <br><br> D.C. No. 3:06-CV-05425-JSW <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |
| JOHN F. CHAMPAGNE, Jr. and GARY A. CHAMPAGNE, <br><br>           Plaintiffs - Appellants, <br><br>    v. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; et al., <br><br>           Defendants - Appellees. | No. 08-17180 <br><br> D.C. No. 3:06-cv-05425-JSW <br> Northern District of California, <br> San Francisco |

| JOHN F. CHAMPAGNE, Jr. and GARY A. CHAMPAGNE, | No. 08-17503 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. 3:06-cv-05425-JSW Northern District of California, San Francisco |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; et al., | |
| Defendants - Appellees. | |

Before: REINHARDT and BERZON, Circuit Judges, and POLLAK, Senior District Judge.[*]

Each party shall bear its own costs on appeal.

---

[*]    The Honorable Louis H. Pollak, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.