DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
KAREN E. KIRBY, State Bar #146432
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3891
Facsimile:     (415) 554-3837
E-Mail:        karen.kirby@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. CHAMPAGNE and GARY A. CHAMPAGNE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. C06-05425 JSW<br><br>**ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER TO SET ASIDE ORDER AND ABSTRACT OF JUDGMENT** AND ORDER THEREON |

Pursuant to Local Rule 7-11, and based on the stipulation of the parties, Defendant, the City and County of San Francisco, hereby move this court, pursuant to Rule 60(b), for an Order setting aside the Order entered in this action on October 15, 2008 awarding attorney fees to defendant City and County of San Francisco in the amount of $153,867.50 (One Hundred Fifty Three Thousand, Eight Hundred Sixty Seven Dollars and Fifty Cents) and the accompanying abstract of judgment entered on December 26, 2008.

/ / /

Pursuant to the Federal Rules of Civil Procedure Rule 60(b), the court may relieve a party from a final judgment, order, or proceeding for any other reason, not specifically enumerated, that justifies relief. Relief should be granted from the original judgment in accordance with the United States Court of Appeals for the Ninth Circuit order entered on October 6, 2010.

DATED: September 24, 2015

>
> DENNIS J. HERRERA
> City Attorney
> CHERYL ADAMS
> Chief Trial Deputy
> KAREN E. KIRBY
> Assistant Chief Trial Deputy
>
> By:   /s/  Karen E. Kirby
>          KAREN E. KIRBY
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

**STIPULATION OF COUNSEL**

THE UNDERSIGNED COUNSEL HEREBY STIPULATE:

1)   On October 15, 2008 the United States District Court for the Northern District of California issued an order granting Defendants' motion for attorneys' fees in the amount of $153,867.50 (One Hundred Fifty Three Thousand, Eight Hundred Sixty Seven Dollars and Fifty Cents).

2)   On December 26, 2008 the Court issued an Abstract of Judgment in the amount of $153,867.50 (One Hundred Fifty Three Thousand, Eight Hundred Sixty Seven Dollars and Fifty Cents).

3)   On October 6, 2010, the United States Court of Appeals for the Ninth Circuit reversed the Defendants' award of attorneys' fees.

/ / /

/ / /

1  4) The parties agree that the judgment for attorney's fees issued on October 15, 2008 in
2  the amount of $153,867.50 (One Hundred Fifty Three Thousand, Eight Hundred Sixty Seven Dollars
3  and Fifty Cents) should be vacated.

4  **IT IS SO STIPULATED.**

5  DATED: September 24, 2015

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
KAREN E. KIRBY
Assistant Chief Trial Deputy

By:  */s/ Karen E. Kirby*
     KAREN E. KIRBY

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

DATED: September 24, 2015

TAXMAN WAKEFORD

By:  */s/ Steven B. Taxman*
     STEVEN B. TAXMAN

Attorneys for Plaintiffs
JOHN F. CHAMPAGNE and GARY A. CHAMPAGNE

1  **~~PROPOSED~~ ORDER**

2  The October 15, 2008 Order awarding attorney fees against plaintiffs JOHN F. CHAMPAGNE
3  and GARY A. CHAMPAGNE in the amount of $153,867.50 (One Hundred Fifty Three Thousand,
4  Eight Hundred Sixty Seven Dollars and Fifty Cents) and the Abstract of Judgment dated December 26,
5  2008 in the amount of $153,867.50 (One Hundred Fifty Three Thousand, Eight Hundred Sixty Seven
6  Dollars and Fifty Cents) are hereby VACATED.

7  **BASED ON THE STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO**
8  **ORDERED.**

10  DATED:   September 30, 2015

12  *[signature: Jeffrey S. White]*
    THE HONORABLE JEFFREY S. WHITE
13  UNITED STATES DISTRICT COURT JUDGE